IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 102 - UNA. |
| | ) |
| STEVEN DOLLARD, | ) |
| | ) |
| Defendant. | ) |

**REDACTED**

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about July 19, 2006, in the State and District of Delaware, STEVEN DOLLARD, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a .38 caliber Smith and Wesson revolver, serial number K319830, after having been convicted on or about August 8, 2000, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a .38 caliber Smith and Wesson revolver, serial number K319830, and (2) three .38 caliber rounds.

FILED
SEP - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: September 5, 2006