REDACTED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 06-102-MPT |
| | ) |
| STEVEN DOLLARD, | ) |
| | ) |
| Defendant. | ) |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On September 5, 2006, the defendant, Steven Dollard, was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1).

2. Steven Dollard is currently a pretrial detainee on various State offenses. The defendant is detained at the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. His initial appearance is scheduled for October 5, 2006, at 1:00 p.m.

**WHEREFORE**, Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility, to bring the said defendant Clarence Walker before this Court on October 5, 2006, at 1:00 p.m. for an Initial Appearance and to be held in federal custody until the conclusion of the federal prosecution.

COLM F. CONNOLLY<br>
United States Attorney

By: /s/ Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

Dated: September 19, 2006

**IT IS SO ORDERED** this _20_ day of _September_, 2006.

HONORABLE MARY PAT THYNGE
United States Magistrate Court