IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 06-102-GMS |
| | ) |
| STEVEN DOLLARD, | ) |
| | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR SCHEDULING CONFERENCE

**NOW COMES** the United States and moves for a scheduling conference in the above captioned case. The deadline for pre-trial motions expired on November 30, 2006, and no motions have been filed by the defense. No other motions are currently pending before this Court.

Defense counsel indicated by telephone that he does not oppose the exclusion of the time, pending a scheduling conference, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8), as the defense would also benefit from additional time to conduct plea discussions.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:    /s/Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

Dated: December 6, 2006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 06-102-GMS |
| | ) |
| STEVEN DOLLARD, | ) |
| | ) |
| Defendant. | ) |

## ORDER

IT IS ORDERED that a scheduling conference is set for _____.

As a continuance would serve the interests of justice, the time between December 6, 2006, and _____, shall be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

_____
Honorable Gregory M. Sleet
United States District Court Judge

Dated:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 06-102-GMS |
| | ) |
| STEVEN DOLLARD, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on December 6, 2004, I electronically filed:

### MOTION FOR SCHEDULING CONFERENCE

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

John S. Malik, Esquire
100 East 14th Street
Wilmington, DE 19801-3122

/s/Jennifer Brown
Jennifer Brown