IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-102 GMS |
| | : |
| STEVEN DOLLARD | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the change of plea hearing regarding the above-captioned defendant is scheduled for **Monday, February 12, 2007, at 3:00 p.m.** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, DE.


/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

February 6, 2007