IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-CR-102-GMS |
| | : | |
| STEVEN DOLLARD, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR SENTENCING CONTINUANCE**

**COMES NOW,** Defendant Steven Dollard, by and through his attorney, John S. Malik, and respectfully requests that Sentencing in the above captioned criminal action be continued based upon the following grounds:

1. Sentencing in the above captioned criminal action is to occur on Thursday, May 17, 2007 at 9:15 A.M. in the United States District Court for the District of Delaware before the Honorable Gregory M. Sleet.

2. Counsel for Defendant Steven Dollard is seeking in good faith a continuance of the May 17, 2007 Sentencing date since Mr. Dollard elected not to speak with United States Probation Officer Jean Lubinsky at the Presentence Investigation Interview when represented at said interview by counsel's associate, Jay C. Whittle, Esquire, which forced the rescheduling of the Presentence Investigation Interview so that counsel could personally attend the interview. This forced rescheduling of the Presentence Investigation Interview delayed the drafting of the Presentence Report. Defendant Dollard seeks a continuance of the May 17, 2007 Sentencing date so that he

may review the Presentence Report with counsel and have an opportunity to respond with any objections or requests for corrections.

3.   Counsel and United States Probation Officer Lubinsky believe that a rescheduling of Sentencing of approximately forty five days (45) would allow for the completion of the Presentence Report and for Defendant Dollard to review the Presentence Report with counsel and, if necessary, respond to the Presentence Report.

4.   On behalf of Defendant Dollard, counsel waives any rights to a speedy Sentencing with respect to the subject Sentencing continuance request since this request is being made for the benefit of Defendant Dollard and in the interests of justice.

**WHEREFORE,** Defendant Steven Dollard respectfully requests that this Honorable Court enter an Order continuing Sentencing in the above captioned criminal action.

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant,
 Steven Dollard

Dated:  May 8, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr.A. No. 06-CR-102-GMS |
| | : | |
| STEVEN DOLLARD, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW, TO WIT,** this _____ day of May, A.D., 2007, Defendant Steven Dollard's Motion for Sentencing Continuance having been duly heard and considered,

**IT IS SO ORDERED**:

That Sentencing in the above captioned matter is hereby continued to a date to be scheduled by the Court.

---

THE HONORABLE GREGORY M. SLEET

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-CR-102-GMS |
| STEVEN DOLLARD, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, John S. Malik, attorney for Defendant Steven Dollard do hereby certify that on this 8th day of May, A.D., 2007, I have had the attached Motion for Sentencing Continuance served electronically and via United States Mail, first class postage prepaid, upon the individual(s) listed below at the following address(es):

> Ilana H. Eisenstein, Esquire
> Assistant United States Attorney
> United States Attorney's Office
> Nemours Building
> 1007 Orange Street, Suite 700
> Wilmington, Delaware 19801

> /s/ John S. Malik
> JOHN S. MALIK
> 100 East 14th Street
> Wilmington, Delaware 19801
> (302) 427-2247
> Attorney for Defendant,
> Steven Dollard