IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 06-CR-102-GMS |
| STEVEN DOLLARD, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW, TO WIT,** this 9th day of May, A.D., 2007, Defendant Steven Dollard's Motion for Sentencing Continuance having been duly heard and considered,

**IT IS SO ORDERED**:

That Sentencing in the above captioned matter is hereby continued to ~~a date to be scheduled by the Court.~~ Monday, June 25, 2007 at 9:30 a.m.

_____
THE HONORABLE GREGORY M. SLEET

FILED

MAY - 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE