# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>STEVEN DOLLARD<br>    Defendant. | CRIMINAL ACTION NO. 06-102-GMS |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE
WARDEN OF GANDER HILL MULTI-PURPOSE CRIMINAL JUSTICE FACILITY
WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **STEVEN DOLLARD** who is now detained and imprisoned in the GANDER HILL MULTI-PURPOSE CRIMINAL JUSTICE FACILITY and who is a defendant in the above-entitled cause, in which cause the said **STEVEN DOLLARD** was charged with a violation of 18 U.S.C. SECTION 922(g)(1). The defendant is scheduled for an **INITIAL APPEARANCE on THURSDAY, OCTOBER 5, 2006** at **1:00 PM** and to be remain in the custody of the U.S. Marshal's Service until the conclusion of the charges. And have you then and there this writ.

To the Marshal of the District of Delaware to execute.
WITNESS the Honorable Mary Pat Thynge, United States Magistrate Judge of the District Court of the United States for the District of Delaware, this 21ST day of September 2006.

PETER T. DALLEO, CLERK

By: _Evette Watson_ (signature)
    Deputy Clerk

CERTIFIED: 9-21-06
AS A TRUE COPY:
    ATTEST:
    PETER T. DALLEO, CLERK
BY _(signature)_
    Deputy Clerk

U. S. MARSHALS RETURN

I have Partially / Fully Executed This Writ By Taking Custody Of The Within Named **Steven Dollard** And Transported Him / Her To **Garden Hill** On **7/19/07**

**David W. Thomas**
United States Marshal

By: [signature]
Deputy Marshal