IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 06-102-GMS |
| | ) |
| STEVEN DOLLARD | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

The United States respectfully serves notice that it hereby appeals, pursuant to Title 18, United States Code, Section 3731, to the United States Court of Appeal for the Third Circuit, from the Judgement of the District Court dated July 20, 2007, and entered on July 24, 2007.

                                              Respectfully Submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

                                              By: _____
                                              Ilana H. Eisenstein
                                              Assistant United States Attorney

Dated:    August 15, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-102-GMS |
| ) | |
| STEVEN DOLLARD, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on August 15, 2007, I electronically filed:

## NOTICE OF APPEAL

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

John S. Malik, Esquire
100 East 14th Street
Wilmington, DE 19801-3122

/s/Jennifer Brown
Jennifer Brown