OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4905 |

www.ca3.uscourts.gov

August 21, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 07-3446**
     **USA vs. Dollard**
     **D. C. No. 06-cr-00102**

Dear Mr. Dalleo:

   Receipt is acknowledged on 8/20/07, of notice of appeal filed with the district court on 8/20/07, in the above-captioned case.

   Since the notice of appeal filed on 8/20/07 merely amends the appeal already docketed at No. 07-3446, this notice will not be given a new number but will be placed in the file.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk


                              By: /s/ Tiffany Washington
                                  Case Manager


cc:
     IIana H. Eisenstein, Esq.
     John S. Malik, Esq.